IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HECTOR RODRIGUEZ, : CIVIL ACTION
        Plaintiff :
        v. :
NANCY A. BERRYHILL, :
Acting Commissioner of the :
Social Security Administration, :
        Defendant : NO. 18-4470

## ORDER

**AND NOW**, this 2nd day of May, 2019 upon consideration of Plaintiff's Request for Review, the Commissioner's Response thereto, Plaintiff's Reply thereto, and for the reasons in today's Memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**;

2. The Commissioner's final decision is **REVERSED**;

3. This case is **REMANDED** to the Commissioner so that Plaintiff's case can be decided by an ALJ that was appointed in conformity with the Appointments Clause and one that is different from the one that initially decided his case;

4. **JUDGMENT** is entered in favor of Plaintiff, Hector Rodriguez.

                              BY THE COURT:

                              _/s/ Carol Sandra Moore Wells_
                              CAROL SANDRA MOORE WELLS
                              United States Magistrate Judge